3-25CV1028-N

Gregory Dightman,
31768-047
FCI SEA
P.O. 9000
Seagoville, TX 75159

April 21, 2025

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 25 2025
KM
CLERK, U.S. DISTRICT COURT
By ______
Deputy

U.S. Dist. Court
1100 Commerce St.
Dallas, TX 75242

Subject: File Legal Suit

Clerk of Court,

I would like to file a suit against the medical department of FCI Seagoville, and I request the proper forms and any instructions needed to move forward. Thank you.

[signature]
4-21-25

Name Gregory Dightman
Reg. No. 31768-047
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 9000
Seagoville, TX 75159-9000

NORTH TEXAS TX P&DC
DALLAS TX 750
22 APR 2025 PM 10 L



RECEIVED - 1

APR 25 2025

MAILROOM

X-RAY

U.S. Dist Court
1100 Commerce St.
Dallas, TX 75242

X-RAY

75242-102799