PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 12/2023)

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN - 3 2025
CLERK, U.S. DISTRICT COURT
By________ Deputy

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
*Dallas Division*

***AMENDED FORM***

Gregory Dightman 31768047
Plaintiff's Name and ID Number

FCI Seagoville
Place of Confinement

CASE NO. 3:25-CV-1028-N-BK
(Clerk will assign the number)

v.

Lavonda Dillard FCI 2113 North Hwy 175 Seagoville, TX 75159
Defendant's Name and Address

Tammy Winbush FCI 2113 North Hwy 175 Seagoville, TX 75159
Defendant's Name and Address

Leonard Berry, MD Vibra Desoto, TX
Defendant's Name and Address
( DO NOT USE "ET AL.")

Warden C. Rivers
FCI 2113 North Hwy 175
Seagoville, TX 75159
Assistant Warden Jenkins
FCI 2113 North Hwy 175
Seagoville, TX 75159

---

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $55.00 for a total fee of **$405.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $55.00 administrative fee does not apply to cases proceeding *in forma pauperis.*)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES _X_NO

B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: NA
2. Parties to previous lawsuit:
   Plaintiff(s) NA
   Defendant(s) NA
3. Court: (If federal, name the district; if state, name the county.) NA
4. Cause number: NA
5. Name of judge to whom case was assigned: NA
6. Disposition: (Was the case dismissed, appealed, still pending?) NA
7. Approximate date of disposition: NA

II. PLACE OF PRESENT CONFINEMENT: FCI Seagoville

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? X YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Gregory Dightman
FCI P.O. Box 9000
Seagoville, TX 75159

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Lavonda Dillard
FCI 2113 North Hwy 175, Seagoville, TX 75159

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Her deliberate indifference cause physical and mental harm.

Defendant #2: Tammy Winbush
FCI 2113 North Hwy 175, Seagoville, TX 75159

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Failure to monitor and assure proper medical care of staff and deliberate indifference, after being informed.

Defendant #3: Leonard Berry, MD
Vibra DeSoto, TX

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Medical neglect, malpractice, fraud and deliberate indifference.

Defendant #4: Warden C. Rivers
FCI 2113 North Hwy 175, Seagoville, TX 75159

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Failed to address issues with medical after being informed.

Defendant #5: Assistant Warden Jenkins
FCI 2113 North Hwy 175, Seagoville, TX 75159

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Failed to address issues with medical after being informed.

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I was playing softball on 4/30/23 And broke my (Rt) leg - both bones. Was sent to hospital and had surgery 5/1/23. was brought back to Seagoville on 5/3/23. And after 30+ hrs transfered to Vibra medical Rehab. I had zero pain meds until I got to Vibra, from there on I was negected by the partys named. And have suffered ever since. Now i suffer from permanent damage to my Right side.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensatory, punitive, and monitary relief, and any other applicable relief, including court cost and reasonable lawyer fees

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Gregory Dightman, Phil, Fat Boy

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

Fed ID 31768047

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES _X_NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): NA
2. Case number: NA
3. Approximate date sanctions were imposed: NA
4. Have the sanctions been lifted or otherwise satisfied? NA ____YES ____NO

C. Has any court ever warned or notified you that sanctions could be imposed? _____YES __X__NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): NA
2. Case number: NA
3. Approximate date warning was issued: NA

Executed on: 5/14/2025
DATE

(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 14th (Day) day of May (month), 20 25 (year).

(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States District Court
Office of the Clerk
Northern District of Texas
1100 Commerce St. Room 1452
Dallas TX 75242-1310

9590 9402 6505 0346 2995 02

2. Article Number *(Transfer from service label)*

7022 3330 0001 3974 4844

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

7022 3330 0001 3974 4844

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7022 3330 0001 3974 4844

7022 3330 0001 3974 4844

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
***Domestic Mail Only***

**For delivery information, visit our website at *www.usps.com*®.**

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*

☐ Return Receipt (hardcopy) $ ______
☐ Return Receipt (electronic) $ ______
☐ Certified Mail Restricted Delivery $ ______
☐ Adult Signature Required $ ______
☐ Adult Signature Restricted Delivery $ ______

Postage
$

**Total Postage and Fees**
$

Postmark Here

*Sent To* Gregory Dightman 31768-047
*Street and Apt. No., or PO Box No.* P.O. Box 9000 FCI. Seagoville
*City, State, ZIP+4®* Seagoville TX 75159

**PS Form 3800, April 2015** PSN 7530-02-000-9047 **See Reverse for Instructions**

USPS TRACKING #

9590 9402 6505 0346 2995 02

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Gregory Dightman # 31768-047
F.C.I. Seagoville
P.O. Box 9000
Seagoville, TX 75159

7022 3330 0001 3974 4844

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

7022 3330 0001 3974 4844

7022 3330 0001 3974 4844

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To
Gregory Dightman 31768-047

Street and Apt. No., or PO Box No.
P.O. Box 9000 FCI. Seagoville

City, State, ZIP+4®
Seagoville TX 75159

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**U.S. Department of Justice**

Federal Bureau of Prisons

South Central Regional Office

*U.S. Armed Forces Reserve Complex*
*344 Marine Forces Drive*
*Grand Prairie, TX 75051*

DATE MAILED: April 3, 2025

CERTIFIED MAIL 9589 0710 5270 0955 6628 62

Gregory Dightman
Reg. No. 31768-047
Federal Correctional Institution Seagoville
P.O. Box 9000
Seagoville, TX 75159

Re: Administrative Tort Claim - TRT-SCR-2025-02155

Inmate Dightman:

Your claim has been considered for settlement under the Federal Tort Claims Act (FTCA), Title 28 U.S.C. Section 2671 et seq., and authority granted by Title 28, Code of Federal Regulations, Section 0.172. You claim government liability in the amount of two hundred and fifty thousand and 00/100 dollars ($250,000.00). Specifically, you claim that you have not received proper medical care as related to an ankle injury.

Section 2672 of the FTCA delegates to each Federal agency the authority to consider, determine, and settle any claim for money damages against the United States for loss of personal property or injury caused by the negligent or wrongful act or omission of any employee of the agency while acting within the scope of his office or employment.

Your claim was accepted by the BOP's South Central Region on November 14, 2024. An investigation into your claim revealed that you reported injuring your right ankle while running to third base on the recreation yard on April 30, 2023. You were sent to a local hospital that same day where a surgical repair was completed, and you were later transferred to a long-term facility for Physical Therapy until you were discharged May 26, 2023. You reported to health services on June 10, 2023, with a complaint of right ankle pain. You claimed you fell during the night and felt a "pop." No abnormalities

were noted during your exam and you were given a shot for the pain. A consult request for an outside orthopedist was also placed. You were seen during a follow-up for your ankle pain on June 20, 2023.

You were brought to health services on January 3, 2024, to review an unrelated lab finding. At that time, you did not report any ankle pain. On February 2, 2024, you did mention ankle pain during a routine Chronic Case Clinic. At that time, additional consultations were ordered, and medication changes were made. You next reported to health services on October 20, 2024, but only for complaints of a headache, arm, and backpain and not for ankle pain. You were seen for a routine Chronic Care Clinic again on February 6, 2025. On this visit, medication changes were made, and you were issued an ankle brace. You were also seen March 3, 2025, and an additional follow-up visit with an outside orthopedist was ordered.

Review of your claim failed to demonstrate that you sustained a loss caused by the negligence of an officer or employee of the United States acting within their scope of their employment. Therefore, your claim is denied.

You are advised that if you are dissatisfied with this determination of your claim, you are afforded six (6) months from the date of the mailing of this communication within which to bring suit in the appropriate United States District Court.

Sincerely,

Jason A. Sickler
Regional Counsel

JAS/mtt

# Decleration of Inmate Filing

I hereby declare, under the penalty of perjury that this legal document was placed in the prison mail box system, postage prepaid, on the date of May 14, 2025, to be delivered to the Clerk of Court for filing.

Greg

GREG DIGHTMAN

31768-047

F.C.I Seagoville

P.O. Box 9000

Seagoville TX 75159

Gregory Dightman
31768-047
Seagoville F.C.I
P.O. Box 9000
Seagoville, TX
75159




PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

7022 3330 0001 3974 4844

X-RAY

United States District Court
Office of the Clerk
Northern District of Texas
1100 Commerce St. Room 1452
Dallas, TX
75242-1310

RECEIVED - 1
JUN - 3 2025
MAILROOM