# Bureau of Prisons
## Health Services
## Medical Duty Status

Reg #: 31768-047 Inmate Name: DIGHTMAN, GREGORY

**Housing Status**

__ confined to the living quarters except __ meals __ pill line __ treatments Exp. Date: ______

__ on complete bed rest: __ bathroom privileges only Exp. Date: ______

X cell: X cell on first floor __ single cell X lower bunk __ airborne infection isolation Exp. Date: 02/21/2025

__ other: ______ Exp. Date: ______

**Physical Limitation/Restriction**

__ all sports Exp. Date: ______

__ weightlifting: __ upper body __ lower body Exp. Date: ______

__ cardiovascular exercise: __ running __ jogging __ walking __ softball Exp. Date: ______

__ football __ basketball __ handball __ stationary equipment

__ other: ______ Exp. Date: ______

**May have the following equipment in his / her possession:**

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| C-Pap | 12/28/2022 | | |
| Cane<br>wooden cane | 09/07/2022 | 12/01/2022 | |
| Cane<br>wooden cane | 09/07/2022 | 12/01/2022 | |
| Eye Glasses | 01/12/2022 | | |

**Work Restriction / Limitation:**

Cleared for Food Service: **No**

X No Restrictions

**Comments:** care level 2
Cuff only Front and Work Restrictions: multiple rib fractures from CPR/Cardiac Arrest 8/21/22. pending recovery.

cpap machine
lot 10220725-117
2322531902
dn 93868
lot 164398

**Sterett, Justin MD** — Health Services Staff
**02/07/2024** — Date

Inmate Name: **DIGHTMAN, GREGORY** Reg #: **31768-047** Quarters: **A01**

*ALL EXPIRATION DATES ARE AT 24:00*

Desoto / Richardson
Nursing Orders Orders

05/07/2023
16:57

Name: Dightman, Gregory Account #: 220170101324 M/R #: 56069
Room: DES2R208AA Admit Date: 05/04/2023 Birth Date: 04/09/1969 Age: 54Y
Sex: M Weight: Unknown
Allergies: codeine

Description: Communication Order Once, Request Type: Stat, Comments: Follow up with Dr.Jones in clinic in 2 weeks call 214-820-8350 to schedule appointment

Order #: 6 Duration: 1 Days
Start Date: 05/05/2023 19:13 Order Date: 05/05/2023 19:13
Stop Date: 05/05/2023 19:13
Diagnosis:
Entered By: Phyllis Powell, RN (Telephone Order)
Ordering Clinician: Leonard Berry, MD

* * * * NOW ORDER * * * *

Desoto / Richardson
Nursing Orders Orders

05/07/2023
16:57

Name: Dightman, Gregory Account #: 220170101324 M/R #: 56069
Room: DES2R208AA Admit Date: 05/04/2023 Birth Date: 04/09/1969 Age: 54Y
Sex: M Weight: Unknown
Allergies: codeine

Description: Communication Order Once, Request Type: Routine, Comments:
Schedule an appointment with PARKLAND HEALTH HOSPITAL SYS as soon as soon as possible for a visit in 1 week.5200 Harry Hines Blvd Dallas TX 75235-7709 469-419-2024

Order #: 5 Duration: 1 Days
Start Date: 05/06/2023 08:00 Order Date: 05/05/2023 19:14
Stop Date: 05/06/2023 08:00
Diagnosis:
Entered By: Phyllis Powell, RN (Telephone Order)
Ordering Clinician: Leonard Berry, MD

FCI Seagoville
31768-047

Desoto / Richardson
Nursing Orders Orders

05/26/2023
08:06

Name: Dightman, Gregory Account #: 220170101324 M/R #: 56069
Room: DES2R208AA Admit Date: 05/04/2023 Birth Date: 04/09/1969 Age: 54Y
Sex: M Weight: 189.6 lbs / 86.0 kgs
Allergies: codeine

Description: Discharge Patient As directed, Request Type: Stat, Discharge to: Home, Discharge with DME: Pt will use walker at prison with ambulation

Order #: 64 Duration: 999 Days
Start Date: 05/26/2023 09:46 Order Date: 05/26/2023 09:46
Stop Date: 99/99/9999
Diagnosis:
Entered By: Leonard Berry, MD
Ordering Clinician: Leonard Berry, MD
Electronically Signed By: Leonard Berry, MD
Electronically Signed On: 05/26/2023 09:48

* * * * NOW ORDER * * * *

| | | | | |
|---|---|---|---|---|
| Name: Dightman, Gregory | Account #: 220170101324 | M/R #: 56069 | Admit Date: 5/04/2023 | Room: DES2R208AA |
| Physician: Berry, Leonard A | Age: 54Y | Sex: Male | Weight : 86.0 kg | Birth Date: 4/09/1969 |
| Allergies: codeine | | Diagnosis: Nondisplaced bimalleolar fracture of right lower leg, subsequent encounter for closed fra | | |

## Currently Scheduled Appointment(s):

| Name/Specialty | Date | Time | Address | Phone Number |
|---|---|---|---|---|
| TBD | | | | |

## Currently Scheduled Appointment(s): (Cont.)

| Fax Number |
|---|
| |

## Currently Scheduled Appointment(s) Comments:

n/a

## DME Needed:

☑ Standard Front Wheeled Walker

Comments:

Walker is present at Prison
Ortho boot will be taken to Prison (He has at bedside now)

## Discharge Instructions:

Discharge to Federal Prison
Full weight bearing with boot and walker

## Discharge to (Location):

☑ Community residential setting (e.g., private home/apt., board/ care, assisted living, group home, adult foster care)

## Scribe Attestation

### Scribe Attestation:

☑ Documentation scribed by the individual below as dictated by the practitioner.

Scribe Name: Leonard Berry Jr MD

### Practitioner Attestation:

☑ Information documented by the scribe accurately reflects the service I personally performed and the decisions made by me.

Electronically Signed By:

**Leonard Berry, MD, 05/26/2023 10:24**

Desoto / Richardson

| | | | | |
|---|---|---|---|---|
| Name: Dightman, Gregory | Account #: 220170101324 | M/R #: 56069 | Admit Date: 5/04/2023 | Room: DES2R208AA |
| Physician: Berry, Leonard A | Age: 54Y | Sex: Male | Weight : 86.0 kg | Birth Date: 4/09/1969 |
| Allergies: codeine | | Diagnosis: Nondisplaced bimalleolar fracture of right lower leg, subsequent encounter for closed fra | | |

5/26/2023 9:49 Leonard Berry, MD Note Discipline: MD Physician Tag: Provider Documentation

# Form: Provider Discharge Summary (Vibra LTAC)

## D/C Summary

**Date of Service:**

5/26/2023

**Discharge Date:**

Discharge Date: 5/26/2023

**Physical Examination:**

GeN alert in NAD

HEENT EOm intact non icteric sclera
Neck Supple
Lung Clear to A

Heart RRR No murmur or gallop
Abd Flat Non tender
Ext right leg has healed incisions at knee and ankle s/p ORIF with rod placement. No erythema or drainage.

**Discharge Diagnosis:**

s/p ORIF right tibula and fibula fracture
COPD
Essential Hypertension
Type 2 Diabetes Mellitus

**Significant Lab/Radiology Findings:**

☑ No Significant Findings

05/25/2023 18:07 Fingerstick Glucose 105 05/10/2023 04:00 ALB 3.5 g/dL 05/10/2023 04:00 WBC 6.4 10\S\3/uL

**Procedures Performed:**

☑ Yes

If yes, describe: Physical therapy

**Hospital Course:**

Pt underwent Physical Therapy with non weight bearing up to weight bearing of right lower extremity. He ambulate with a walker while wearing a Ortho boot.
Pain was managed with IV Dilaudid, Naproxen and Gabapentin. He was weaned off Diluadid prior to discharge with Naproxen , and Gabapentin

BS was controlled with Insulin
COPD was stable during hospital with nebulizer

**Continued Discharge Medications:**

Gabapentin
Naproxen
Metformin
Benign Prostate Hypertrophy

**If Discharge to Home, Current Medications were Reconciled with Home Medications:**

☑ Yes

**Consults/Follow-Ups:**

Outpatient Orthopedic Surgery to be scheduled from Seagoville Federal Prison

**Condition on Discharge:**

Good

Desoto / Richardson

| | | | | |
|---|---|---|---|---|
| Name: Dightman, Gregory | Account #: 220170101324 | M/R #: 56069 | Admit Date: 5/04/2023 | Room: DES2R208AA |
| Physician: Berry, Leonard A | Age: 54Y | Sex: Male | Weight : 86.0 kg | Birth Date: 4/09/1969 |
| Allergies: codeine | | Diagnosis: Nondisplaced bimalleolar fracture of right lower leg, subsequent encounter for closed fra | | |

5/26/2023 9:28 Kimberly Ware, Case Manager Note Discipline: Case Manager Tag: Discharge Summary

## Form: Interdisciplinary Discharge Instructions (Vibra LTAC)

### Discharge Information

**Discharge Instructions:**

Discharge Date: 5/26/2023

Hospital Physician Name: Dr. Berry

Hospital Nurse's Station Phone Number: (972) 283-5265

Hospital Case Manager Phone Number: (972) 283-5264

### Case Management Discharge Instructions

**Discharge Instructions:**

Hospital Physician Name: Dr. Berry

Hospital Nurse's Station Phone Number: (972) 283-5275

Hospital Case Manager Phone Number: (972) 283-5264

**If I have questions or problems, I should call:**

Name: Kimberly Ware, LMSW Phone Number: (972) 283-5264

**Final Discharge Summary:**

Pt to dc back to the correctional facility/Seagoville

**Discharge Disposition:**

01. Home (private home/apt., board/care, assisted living, group home, transitional living, other residential care arrangements)

**Diagnosis**

Aftercare, Musculoskeletal System & Connective Tissue

**Discharged To:**

correctional facility

**Discharge Date & Time**

Discharge Date: 5/26/2023

**Address**

Address Line 1: 2113 North West Hwy 175

City: Seagoville State: Texas Zip: 75159

**Transporation**

Mode of Transportation: van Name of Company: correctional

Scheduled Date and Time: 5/26/2023

**Patient Discharged With**

personal belongings

**Community Referrals and Arrangements made by Case Management:**

n/a

**Currently Scheduled Appointment(s):**

| Name/Specialty | Date | Time | Address | Phone Number |
|---|---|---|---|---|
| TBD | | | | |

| | | | | |
|---|---|---|---|---|
| Name: Dightman, Gregory | Account #: 220170101324 | M/R #: 56069 | Admit Date: 5/04/2023 | Room: DES2R208AA |
| Physician: Berry, Leonard A | Age: 54Y | Sex: Male | Weight : 85.9 kg | Birth Date: 4/09/1969 |
| Allergies: codeine | | Diagnosis: Nondisplaced bimalleolar fracture of right lower leg, subsequent encounter for closed fra | | |

## Nutrition

Nutritional Status

Weight (kgs): 85.00 Fluid Intake: 840 ml Intake %: 100

Diet: carb controlled

Nutrition Goals /Plan of Care /Actions: Maintain adequate nutrition support to meet patient's nutritional needs as evidenced by

- ☑ Sustain adequate hydration
- ☑ Sustain adequate food intake
- ☑ Provide education

Nutrition Goal Date:

- ☑ 2 weeks

## Physical Therapy

Physical Therapy on Service?

◉ Yes

PATIENT STATUS/NEEDS: Physical Therapy

☑ PT 5 days per week

Bed Mobility: (I)

Transfers: (I)

AD: FWW

☑ Gait: 75x2 ft. w/ CGA- min a assist AD

Discharge barriers: low tolerance

## Occupational Therapy

Occupational Therapy on Service?

◉ Yes

PATIENT STATUS/NEEDS: Occupational Therapy

☑ OT 2 days per week 30 minutes per day

UB SC: MOD (I)

LB SC: SBA

Toileting: MOD (I)

## Speech Language Pathology

Speech Therapy on Service?

◉ No

## Infection Control

PATIENT STATUS/NEEDS: Infection Control

☑ Isolation ☑ Other Preventive Isolation

Infection Control Goals /Plan of Care / Actions

- ☑ Ongoing isolation required

Additional Infection Control Comments:

Monitor labs, temps, vitals, R leg surgical incision site

| | | | | |
|---|---|---|---|---|
| Name: Dightman, Gregory<br>Physician: Berry, Leonard A<br>Allergies: codeine | Account #: 220170101324<br>Age: 54Y | M/R #: 56069<br>Sex: Male | Admit Date: 5/04/2023<br>Weight: 85.9 kg | Room: DES2R208AA<br>Birth Date: 4/09/1969 |
| | | Diagnosis: Nondisplaced bimalleolar fracture of right lower leg, subsequent encounter for closed fra | | |

## Pharmacy

PATIENT STATUS/NEEDS: Pharmacy

- ☑ Other (comment) — gabapentin
- ☑ Meds reviewed

Is patient taking any high cost medications?

- ☑ No

Pharmacy Goals /Plan of Care /Actions

- ☑ Maintain adequate drug therapy to meet patient's needs
- ☑ Monitor electrolytes renal function
- ☑ Other (comment) — cbc

Pharmacy Goal Date:

- ☑ 1 week

Pharmacy - Pain Regimen/Requirement: Include medication name, dose, frequency and doses given over the last 24 hours (if PRN)

Hydromorphone 1mg iv q6h pp x3 doses

## Wound Care

Wound Care on Service?

- ◉ Yes

## Case Management Discharge Plan/Barrier

Discharge Plan

return back to the correctional facility

Patient Discharge Status

- ☑ NOT ready for discharge (comment)

Discharge Barriers

- ☑ Discharge to safe environment

Patient/Family/Caregiver discharge needs/expectations:

N/A

Describe test or procedure needed prior to discharge

TBD

Projected discharge date:

Projected discharge date: 5/22/2023

Case Management Goals /Plan of Care / Actions

- ☑ Provide appropriate transfer
- ☑ Other (comment)

ensure safe transition back to the correctional facility

Additional Discharge Plan/Barrier Comments:

return back to the correctional facility

**Score: 0.00**