TRULINCS 31768047 - DIGHTMAN, GREGORY - Unit: SEA-A-A

-----------------------------------------------------------------------------------------------------------

FROM: 31768047 DIGHTMAN, GREGORY
TO: Health Services
SUBJECT: ***Request to Staff*** DIGHTMAN, GREGORY, Reg# 31768047, SEA-A-A
DATE: 06/10/2023 03:07 PM

To: Mrs. Winbush, Mrs Dillard and Warden Rivers
Inmate Work Assignment: na

I broke two bones in my right leg on April 30th 2023 on the rec yard here a Seagoeville FCI. I had surgery to put a rod and plate and screws in it on May 1 2023 at Baylor Hospital in downtown Dallas. I recovered there until thursday May 4th, at which time i was thought to be released to Vibra Hospital in Desoto Tx, after being moved there and waiting to be put in a room it was determined that i was to go back to the FCI instead of to recover. Upon getting back to the FCI i was put in a dayroom up on second floor with what is now by newly repaired and still healing leg. On Friday the 5th of May, i made my way over to medical to inquire about my status and rehab plans. I got in touch with Mrs. Winbush and she said she was working on the problem in short terms. Later that day i was moved back to Vibra and started my healing. i was released from Vibra on May 26th by Dr. Berry stating that my rehab was now complete and that i required no further medical care. I was returned to Seagoeville and once again put up stairs in a dayroom with a wheelchair and walker. On Monday May 29th while taking a shower i fell through the shower stall half way in and out. I called for help and a few inmates came to the rescue. They and summoned our shift CO Mrs. Keller and she in turned called for compound help. CO's Izzard and Anderson responded and attempted to pick me up off the floor. I was completely naked and a few inmates helped dry me off and get me dressed. Since i was on the 2nd floor the got a wheel chair and put me in it and picked it up to get me to lower floor. Izzard had a imate push me over to Medical where i met with Nurse Terry. She did the routine check ups and decided i should go back to my room on the 2nd floor and lay down with 600 mg of ibuprofin. i had complained of hip pain and headache and that my leg was really hurting. She also told me to come to medical on the next moring to get a x-ray on my hip . On Tues. May 30th i returned to medical to get my x ray, while here i requested to speak with Mrs. Winbush and and shared my concerns with my treatment and the fact that i was falling and could not get any help about it. I also expressed concerns about the limited rehab that i recieved at Vibra. Its was expressed that i soon would be getting my follow visit with the surgeon on my leg soon, and to share those concerns with him. i had a encounter with Mrs Dillard also about my care and she said that she hadnt seen my papers yet from Dr. Berry. I asked about my pain meds that he prescribed and was told that they would be in the system the next day. Will continue on next request.

TRULINCS 31768047 - DIGHTMAN, GREGORY - Unit: SEA-A-A

---

FROM: Health Services
TO: 31768047
SUBJECT: RE:***Inmate to Staff Message***
DATE: 06/12/2023 03:37:02 PM

Good afternoon,

reviewing your discharge notes from Vibra, Dr. Berry did not write a script for medications. The discharge paperwork was shared with you. Once found out you were put upstairs, the situation was taken care of and was put on the lower floor and lower bunk. Based on the review of discharge paperwork from VIBRA, stated you underwent physical therapy with the non-weight bearing of the right lower extremity. Ambulate with a walker wearing an ortho boot. Was weaned off certain medication before discharge. These discharge notes came from VIBRA, You will be going out for a follow-up visit with the surgeon once the outside provider is available to see you. This has been expressed to you verbally. If any other needed physical therapy or issues needs to be addressed with the surgeon during your follow-up visit. You were given a pain injection on 6-12-2023, if any further issues, please report to the medical sick call.

---

From: ~^! DIGHTMAN, ~^!GREGORY <31768047@inmatemessage.com>
Sent: Saturday, June 10, 2023 8:07 PM
Subject: ***Request to Staff*** DIGHTMAN, GREGORY, Reg# 31768047, SEA-A-A

To: Mrs. Winbush, Mrs Dillard and Warden Rivers
Inmate Work Assignment: na

I broke two bones in my right leg on April 30th 2023 on the rec yard here a Seagoeville FCI. I had surgery to put a rod and plate and screws in it on May 1 2023 at Baylor Hospital in downtown Dallas. I recovered there until thursday May 4th, at which time i was thought to be released to Vibra Hospital in Desoto Tx, after being moved there and waiting to be put in a room it was determined that i was to go back to the FCI instead of to recover. Upon getting back to the FCI i was put in a dayroom up on second floor with what is now by newly repaired and still healing leg. On Friday the 5th of May, i made my way over to medical to inquire about my status and rehab plans. I got in touch with Mrs. Winbush and she said she was working on the problem in short terms. Later that day i was moved back to Vibra and started my healing. i was released from Vibra on May 26th by Dr. Berry stating that my rehab was now complete and that i required no further medical care. I was returned to Seagoeville and once again put up stairs in a dayroom with a wheelchair and walker. On Monday May 29th while taking a shower i fell through the shower stall half way in and out. I called for help and a few inmates came to the rescue. They and summoned our shift CO Mrs. Keller and she in turned called for compound help. CO's Izzard and Anderson responded and attempted to pick me up off the floor. I was completely naked and a few inmates helped dry me off and get me dressed. Since i was on the 2nd floor the got a wheel chair and put me in it and picked it up to get me to lower floor. Izzard had a imate push me over to Medical where i met with Nurse Terry. She did the routine check ups and decided i should go back to my room on the 2nd floor and lay down with 600 mg of ibuprofin. i had complained of hip pain and headache and that my leg was really hurting. She also told me to come to medical on the next moring to get a x-ray on my hip . On Tues. May 30th i returned to medical to get my x ray, while here i requested to speak with Mrs. Winbush and and shared my concerns with my treatment and the fact that i was falling and could not get any help about it. I also expressed concerns about the limited rehab that i recieved at Vibra. Its was expressed that i soon would be getting my follow visit with the surgeon on my leg soon, and to share those concerns with him. i had a encounter with Mrs Dillard also about my care and she said that she hadnt seen my papers yet from Dr. Berry. I asked about my pain meds that he prescribed and was told that they would be in the system the next day. Will continue on next request.

TRULINCS 31768047 - DIGHTMAN, GREGORY - Unit: SEA-A-A

---

FROM: 31768047 DIGHTMAN, GREGORY
TO: Health Services
SUBJECT: ***Request to Staff*** DIGHTMAN, GREGORY, Reg# 31768047, SEA-A-A
DATE: 06/12/2023 10:47 AM

To: Mrs. Winbush Mrs Dillard Warden Rivers
Inmate Work Assignment: na

On Friday June 9th about 1150 pm i was getting out of the shower and my right leg gave out and i fell back into the shower on lower level in unit 5. Imates heard me and called CO Howe to get me some help. Howe came in and picked me up and help get me in a wheelchair and got me dressed. He then called out to the Lt's office to report what had happen. I was wheeled to my first floor room and was to await help. CO Burrell showed up to relieve CO Howe, thy told me i had to wait for Midnight count to clear before i could get any help to look at my leg. They attempted to get ice and none was available. I expressed that my leg was really hurting and that i felt something give away. About 30 min later Burrell returned to my room and said that LT Hill said i had to wait until after 6am to see medical. I went over to medical about 630 am and was told to wait until after 9 for Nurse Terry to finish rounds and pill line to be seen. When i did get to see her i expressed that my leg was at pain level 10 and i felt something give way. She went through the process of doing vitals and looked at me extremly swollen leg. She then made a phone call to PA Bandas and told her what had happened. I was told that i would be getting a shot of Toradol for the pain snd swelling, which she gave me. And that i needed to come back on Monday to get x-rays. She also told me to let her know if the shot worked. I went back at pill line the same day to let Mrs Terry know that the shot was not working. she said she would see what else she could do. On sunday while leaving the chow hall i saw Mrs Terry and let her know that i was still in great pain and she said again that she would get back to me. Nothing happened as of yet.

patellar tendon. The anterior knee fascia was then incised along the medial border the patellar tendon. A T-handled awl was then used to make a starting portal the proximal tibia in line with the Intramedullary canal. The Intramedullary canal was then cannulated using a ball-tip gulde rod. The fracture was reduced and the gulde rod advanced across the fracture into the distal tibia. The intramedullary canal was then reamed sequentially from 9 mm to 12 mm. An 11 mm by 375 mm globus tibial nail was then Inserted over the guide rod. After confirmation of allgnment, multiple distal locking screws were placed using freehand technique through small percutaneous skin incisions in the tibia and tiblal nail. Two screws were placed In the anterior to posterior orientation 1 screw was placed medial to lateral. The nail was Inserted sllghtly to bring the tibia out to length which reduced the lateral malleolus and posterior malleolus to assess sector position. Proximally, a single static screw was placed using the proximal gulde through a small medial percutaneous incision. Intraoperative x-rays reveal acceptable position of the ankle, ankle mortise distal tibia and distal fibular fractures. Implants were also felt to be in good position. The wounds were then irrigated. The anterior knee Incision was closed with 1. Vicryl in a running fashion subcutaneous tissues were closed with 2-0 Vicryl. The skin was closed with 3-0 Monocryl In running subcuticular fashion. Dermabond and dry dressings were applied patient was placed in a short-leg orthosis for postoperative immobilization and protection. 20 cc of Exparel was injected into the skin subcutaneous tissues around the knee Incision for postoperative pain relief.

I was present for, and personally performed this procedure.

**Postoperative Plan:** Nonweightbearing right lower extremity for approximately 6 weeks

Submitted: Alan Leslle Jones, MD 5/1/2023 9:47 AM

10373033047

# Dightman, Gregory

MRN: 18207821

**Office Visit**
6/20/2023
BAYLOR SCOTT & WHITE ORTHOPAEDIC TRAUMA ASSOCIATES OF NORTH TEXAS

Provider: Jones, Alan Leslie, MD (Orthopedic Surgery)
Primary diagnosis: Closed displaced comminuted fracture of shaft of right tibia, initial encounter
Reason for Visit: Right Lower Leg - Post-op Exam

## Progress Notes

Jones, Alan Leslie, MD (Physician) • Surgery (Orthopedic) • Encounter Date: 6/20/2023 • Signed

**Subjective:**

**Subjective**

Gregory Dightman is a 54 y.o. male seen today in follow up for a comminuted right tibia fracture treated with intramedullary fixation. He is approximately 7 weeks post repair. He is currently immobilized in a short-leg orthosis. He states that he has been incarcerated and placed in the general population portion of the facility. He states this requires long distance walking which he relates to his being very painful.
Patient states he was told at his facility that he was able to bear weight on his leg.

**Objective:**

**Objective**

The surgical incisions are healing well without evidence of complication there is significant swelling of the right lower extremity without significant calf tenderness.

**Imaging**

X-rays two views of the right tibia demonstrate acceptable alignment of the distal tibia fracture status post repair with intramedullary fixation.

**Outside Imaging**

**Assessment:**

## Orders Placed

None

## Medication Changes

As of 6/20/2023 9:05 AM

None

## Medication List at End of Visit

As of 6/20/2023 9:05 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **albuterol (PROVENTIL,VENTOLIN) 90 mcg/actuation inhaler**<br>Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. - inhalation<br>Patient-reported medication | — | | — |
| **aspirin 81 MG EC tablet**<br>Take 1 tablet (81 mg total) by mouth daily. - Oral<br>Patient-reported medication | — | | — |
| **atorvastatin (LIPITOR) 20 MG tablet**<br>Take 1 tablet (20 mg total) by mouth nightly. - Oral<br>Patient-reported medication | — | | — |
| **carvedilol (COREG) 3.125 MG tablet** | — | | — |

**Problem List Items Addressed This Visit**

Musculoskeletal and Integument
**Closed displaced comminuted fracture of shaft of right tibia, initial encounter - Primary**

**Plan:**

**Plan**
The patient is recommended to be strictly nonweightbearing.
Plan to continue his orthosis.
Recommend he not be placed in the general population portion of his facility if possible.
Plan for follow-up in approximately 4 weeks repeat x-rays right tibia

## Instructions

Return in about 4 weeks (around 7/18/2023).

After Visit Summary (Automatic SnapShot taken 6/23/2023)

| | Refills | Start Date | End Date |
|---|---|---|---|
| Take 1 tablet (3.125 mg total) by mouth 2 (two) times daily with meals. - Oral<br>Patient-reported medication | | | |
| DULoxetine (CYMBALTA) 60 MG capsule<br>Take 1 capsule (60 mg total) by mouth daily. - Oral<br>Patient-reported medication | — | | — |
| fluticasone propion-salmeterol (ADVAIR) 500-50 mcg/dose DsDv<br>Inhale 1 puff into the lungs every 12 (twelve) hours. - Inhalation<br>Patient-reported medication | — | | — |
| HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet<br>Take 1 tablet by mouth every 6 (six) hours as needed for pain. Indications: acute pain - Oral<br>Patient not taking: Reported on 3/19/2024. | 0 | 5/4/2023 | — |
| isosorbide mononitrate (IMDUR) 30 | — | | — |

BaylorScott&White
HEALTHTEXAS PROVIDER NETWORK

June 20, 2023

BAYLOR SCOTT & WHITE
ORTHOPAEDIC TRAUMA
ASSOCIATES OF NORTH TEXAS
3409 WORTH ST SUITE 300
DALLAS TX 75246
Phone: 214-820-8350
Fax: 214-820-8355

Gregory Dightman
2113 N Highway 175
Seagoville TX 75159

| | |
|---|---|
| Patient: | Gregory Dightman |
| Date of Birth: | 4/9/1969 |
| Date of Visit: | 6/20/2023 |

To Whom It May Concern:

Gregory Dightman is currently a patient under my medical care. The patient's medical condition makes it inadvisable for him to be in general population to the him being zero weight bearing on his right lower extremity in a cast.It is recommended that he be in speciality housing/care facility.We will re-evaluate him in 4 weeks time in my office.If you require additional information please do not hesitate to contact my office.

Sincerely,

FCI Seagoville
Health Services
Seagoville, TX
31768-047

Alan Leslie Jones, MD

---

FROM: 31768047 DIGHTMAN, GREGORY
TO: Health Services
SUBJECT: ***Request to Staff*** DIGHTMAN, GREGORY, Reg# 31768047, SEA-A-A
DATE: 08/21/2023 04:46 PM

To: Ms. Winbush + Mr. Brown
Inmate Work Assignment: Temp Orderly

Hello,

I am writing to follow-up with you regarding any updates in regards to the appointment with my Orthopedic Doctor, Alan Leslie Jones, MD of BaylorScott & White Orthopedic Trauma Center.

I last saw Dr. Jones June 20th, 2023. I was suppose to follow-up 4-weeks from that date. On August 2nd I was told by Medical Staff member, J. Brown he was awaiting a date for an appointment to be set. Seeing that two-plus months has transpired since I met with Doctor Jones, I was curious as to when I should expect my visit?

As I am sure you can imagine and sympathize, I continue to experience a great deal of pain & discomfort due to my injury. Discomfort includes searing and throbbing pain from my ankle to my hip. I have continued my Tylenol regiment as prescribed by "Nurse" Terry and PA Dillard. I have been told by Medical to walk on my injured leg, though this contradicts the medical advice from Dr. Jones.

I hope to get this matter resolved in a timely manner.

Regards,

Gregory Dightman

---

FROM: 31768047
TO: Health Services
SUBJECT: ***Request to Staff*** DIGHTMAN, GREGORY, Reg# 31768047, SEA-A-A
DATE: 09/28/2023 09:11:42 AM

To: Mrs. Winbush Mrs Dillard
Inmate Work Assignment: TO

I'm writing in regards to my still pending follow up visit Dr Alan Jones with Baylor Scott & White Orthopeadic Trauma Ass. I had sent a email again on August 21, 2023 regarding my follow up appointment from June 22nd of 2023. I received no response to the email as of yet.
On Sept 22, 2023 i was taken to see Dr Jones at Baylor for a follow up appointment only to find out that Medical had missed the date which was set for Aug 22, 2023. So i was not allowed to see the Dr. And returned to Seagoville FCI.
One Sept 25, 2023 i informed Mrs.. Winbush about being taking out on the previous Friday the 22nd and returned without seeing the Dr.
I still have plenty of pain with my Right leg and have continued to take the Tylenol and and limit my activity. But in need to see Dr Jones to have my Leg looked at.

## Visit Diagnoses

**Right leg pain** - Primary
**Closed fracture of right tibia and fibula with routine healing, subsequent encounter**

**Plan:**

### Plan

Although the etiology of his pain is somewhat unclear, I feel the patient may benefit at some point from removal of his hardware. At this point however we will have the patient follow-up on an as-needed basis.

## Instructions

Return if symptoms worsen or fail to improve.

After Visit Summary (Automatic SnapShot taken 3/19/2024)

| | Refills | Start Date | End Date |
|---|---|---|---|
| Take 1 tablet (3.125 mg total) by mouth 2 (two) times daily with meals. - Oral<br>Patient-reported medication | | | |
| DULoxetine (CYMBALTA) 60 MG capsule<br>Take 1 capsule (60 mg total) by mouth daily. - Oral<br>Patient-reported medication | — | | — |
| fluticasone propion-salmeterol (ADVAIR) 500-50 mcg/dose DsDv<br>Inhale 1 puff into the lungs every 12 (twelve) hours. - Inhalation<br>Patient-reported medication | — | | — |
| HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet<br>Take 1 tablet by mouth every 6 (six) hours as needed for pain. Indications: acute pain - Oral<br>Patient not taking: Reported on 3/19/2024. | 0 | 5/4/2023 | — |
| Isosorbide mononitrate (IMDUR) 30 | — | | — |

| | | | | |
|---|---|---|---|---|
| Name: Dightman, Gregory<br>Physician: Berry, Leonard A<br>Allergies: codeine | Account #: 220170101324<br>Age: 54Y | M/R #: 56069<br>Sex: Male | Admit Date: 5/04/2023<br>Weight: 85.9 kg | Room: DES2R208AA<br>Birth Date: 4/09/1969 |
| | | Diagnosis: Nondisplaced bimalleolar fracture of right lower leg, subsequent encounter for closed fra | | |

Medications:

Acetaminophen (TylenoL) 325 MG, Give 650 mg (2 tablet(s)) by mouth Every Six Hours PRN Indication: mild pain

Albuterol Sulfate (Albuterol Sulfate Hfa) 90 MCG, Inhale 2 puff(s) Every Six Hours PRN Indication: wheezing

Aspirin EC (Aspirin EC) 81 MG, Give 81 mg (1 tablet(s)) by mouth Daily

atorvastatin CALCIUM (atorvastatin CALCIUM) 20 MG, Give 20 mg (1 tablet(s)) by mouth At Bedtime

carvediloL (carvediloL) 3.125 MG, Give 3.125 mg (1 tablet(s)) by mouth Twice Daily With Meals

DULoxetine HCL (DULoxetine HCL) 60 MG, Give 60 mg (1 capsule(s)) by mouth Daily

Enoxaparin Sodium (Lovenox) 40MG/0.4ML, Inject 40 mg (0.4 mL) subcutaneously Daily

Gabapentin (Gabapentin) 600 MG, Give 600 mg (1 tablet(s)) by mouth Twice Daily

HYDROmorphone HCL Carpuject (Dilaudid Carpuject) 1 MG/ML, Inject 1 mg (1 mL) IV push Every Six Hours PRN Indication: severe pain

Ipratropium Bromide 0.02% Inhal (Atrovent 0.02%) 0.02%, Administer 0.5 mg (2.5 ml) via nebulizer Twice Daily per RT Indication: bronchospasm prevention with COPD

Isosorbide Mononitrate (Isosorbide Mononitrate ER) 30 MG, Give 30 mg (1 tablet(s)) by mouth Daily

Lactulose (Lactulose) 20 G/30 ML, Give 20 gram (30 mL) by mouth Daily PRN Indication: constipation

Losartan Potassium (Losartan Potassium) 25 MG, Give 25 mg (1 tablet(s)) by mouth Daily

metFORMIN HCL (metFORMIN HCL) 500 MG, Give 500 mg (1 tablet(s)) by mouth Twice Daily With Meals

Mometasone/Formoterol 200/5MCG (Dulera) 200-5 MCG, Inhale 2 puff(s) Twice Daily per RT Sub for ADVAIR

Naproxen (Naproxen) 500 MG, Give 500 mg (1 tablet(s)) by mouth Twice Daily take with food

Nitroglycerin (Nitrostat) 0.4 MG, Dissolve 0.4 mg (1 tablet(s)) under the tongue As directed PRN under tongue every 5 minutes as needed for chest pain Indication: chest pain

polyethylene glycoL 3350 (Polyethylene Glycol 3350) 17 G, Give 17 gram (1 packet(s)) by mouth Daily give with 4oz water

tamsulosin HCL (tamsulosin HCL) 0.4 MG, Give 0.8 mg (2 capsule(s)) by mouth Daily

Temperature:

° F: 95.8

Comment: contact nurse

Pulse:

B/min: 58

Respirations:

Per Minute: 18

**04/30/2023 - ED to Hosp-Admission (Discharged) in Baylor University Medical Center (continued)**

**ED Provider Note (continued)**

**H&P**

**H&P by Hito, Ramey, DO at 4/30/2023 2348**

BaylorScott&White
**HOSPITAL MEDICINE**
DALLAS
*A member of HealthTexas Provider Network*

**HOSPITAL MEDICINE ADMISSION HISTORY AND PHYSICAL: Gregory Dightman**
**Patient MRN:** 18207821
**Patient DOB:** 4/9/1969

**Admit Date:** 4/30/2023
**Service Date:** 5/1/2023

**PCP:** Patient, No Pcp Per, MD

**Chief Complaint:** right ankle pain

**HPI:** Patient is a 54 y.o. male with multiple medical problems including OSA, COPD, coronary artery disease status post stent x2 (most recent August of 2022), hyperlipidemia, hypertension, diabetes mellitus among other problems who presents to BUMC Emergency Department with a right ankle pain. Patient was playing softball while in Federal prison and was sliding into 3rd base when he felt his cleats gets stuck and he felt immediate sharp right ankle pain and heard a pop. He has sharp pain in the right ankle. Severity is described as severe 10/10. Duration is constant. It is associated with decreased range of motion and deformity of the right ankle. He was unable to bear weight following the injury. He feels worse with any attempts at movement or touch. There are no alleviating factors. He denies any recent symptoms of chest pain, shortness of breath, fever and was feeling to be in his usual state of health prior to this injury. Of note he explains that he had his most recent coronary stent placed in August of 2022. He states that he was only on anti-platelet following his stent placement for approximately 1 and half months. He also explains that he recently had a cardiac catheterization at Dallas Regional about 1.5 months ago for unclear reasons that found some non-obstructing disease with 40% blockage not requiring any interventions. Of note he remains active and was playing softball when this injury happened.

**Code status:** Full code

**Past Medical History:**
Past Medical History:

| Diagnosis | Date |
|---|---|
| • COPD (chronic obstructive pulmonary disease) (HCC) | 5/1/2023 |
| • Coronary artery disease involving native coronary artery of native heart with angina pectoris (HCC) | 5/1/2023 |
| • OSA (obstructive sleep apnea) | 5/1/2023 |

# Discharge Summary Notes (continued)

**These medications were sent to BAYLOR SCOTT & WHITE PHARMACY - DALLAS 3600 GASTON #101**
3600 Gaston Avenue, Suite 109, Dallas TX 75246

Hours: 7am-7pm Monday-Friday, Closed Saturday & Sunday
Phone: 214-820-3451

- enoxaparin 40 mg/0.4 mL Syrg

**Information about where to get these medications is not yet available**

**Ask your nurse or doctor about these medications**

- HYDROcodone-acetaminophen 5-325 mg per tablet

**Signed & Held Discharge Readmit Med Orders** (From admission, onward)

None

**Discharge Recommendations:**

**Discharge disposition:** Transfer to Another Acute Care Hospital (Hospital to Hospital)

**Recommended diet:**

**Diet Instructions**

**Discharge Diet (Adult)**
Diet Type: Regular

**Recommended activity: NWB RLE**

**Discharge condition:** Good

Justin Tolentino, DO
5/4/2023
2:07 PM

Gregory Dightman
#31768-047
BOP Seagoville FCI
PO Box 9000
Seagoville, TX 75159




X-RAY

RECEIVED - 1
AUG 11 2025
MAILROOM

U S Dist Court
RM 1452
1100 Commerce ST
Dallas, TX 75242
United States